THE STATE, EX REL. WYNN, APPELLANT, *v.* BAKER, SUPT., APPELLEE.

[Cite as *State, ex rel. Wynn, v. Baker* (1991), 61 Ohio St.3d 464.]

(No. 90–1725—Submitted April 16, 1991—Decided August 14, 1991.)

*Turhan Wynn, pro se.*

*Per Curiam.* We affirm the decision of the court of appeals. Habeas corpus relief is not available to appellant because the sentencing error, if there is one, is not jurisdictional. *Blackburn, supra.*

*Judgment affirmed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.